1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| LARRY COLLINS, | ) 1: 12-cv-01136-AWI-BAM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| CITY OF FRESNO, *et al.*, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On July 11, 2012, plaintiff Larry Collins ("Plaintiff") filed an application to proceed in forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**  __July 11, 2012__        ___/s/ **Barbara A. McAuliffe**___
                                    UNITED STATES MAGISTRATE JUDGE

1