1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| LARRY COLLINS, | ) 1: 12-cv-01136-AWI-BAM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| CITY OF FRESNO, *et al.*, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        On July 11, 2012, plaintiff Larry Collins ("Plaintiff") filed an application to proceed in

forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court

GRANTS Plaintiff's application.

        IT IS SO ORDERED.

**Dated:**   **July 11, 2012**        _____/s/ **Barbara A. McAuliffe**_____
                                       UNITED STATES MAGISTRATE JUDGE

1